# EXHIBIT A



Stellar Recovery, Inc.

PO Box 1119  
Charlotte, NC 28201-1119

8

Toll Free: 888-613-0238


May 3, 2016

| Creditor: | Dish Network |
|---|---|
| Cred Acct No: | 0620 |
| Our File #: | 5497 |
| Total Due: | $84.27 |

**PAY THIS AMOUNT**

Kathy Olesinski  
4074 S PACKARD AVE APT 2  
SAINT FRANCIS WI 53235-4884

Hours of Operation  
Monday-Thursday:  9am-11pm ET  
Friday:  9am-8pm ET

Dear Kathy:

This account has been placed with our office for collection by the above-mentioned creditor. The above listed amount is now due and owing. If you have any questions, please contact us at 888-638-6775.

Unless you notify this office within 30 days after receipt of this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please make all payments payable to Dish Network and send with the attached coupon below to Dish Network.

All other matters are to be sent to the following;  
Stellar Recovery, Inc.  
1327 Highway 2 West  
Suite 100  
Kalispell, MT 59901

Sincerely,

Collection Department

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

THIS AGENCY HAS A CERTIFICATE OF AUTHORITY OR REGISTRATION AS AN OUT OF STATE CORPORATION AUTHORIZED TO DO BUSINESS IN THE STATE OF WISCONSIN, ISSUED BY THE WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS AND EFFECTIVE AS OF MARCH 17, 2009. WWW.WDFI.ORG

*** Please Detach And Return Bottom Portion With Payment ***   DISH1 STELLAR.wfd 641012 00001240

Kathy Olesinski  
4074 S PACKARD AVE APT 2  
SAINT FRANCIS WI 53235-4884

| Creditor: | Dish Network |
|---|---|
| Cred Acct No: | 0620 |
| Our File #: | 5497 |
| Total Due: | $84.27 |

DISH NETWORK  
DEPT. 0063  
PALATINE, IL 60055-0063